
**FILED**
9/1/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 2 9 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Teron Odum

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Anita Alvarez

1:16-cv-7732
Judge Jorge L. Alonso
Magistrate Judge Sidney I. Schenkier
PC8

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:         AMENDED COMPLAINT

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Teron Odum

   B. List all aliases: N/A

   C. Prisoner identification number: 20130614111

   D. Place of present confinement: Div-11-AF cell 307

   E. Address: P.O. Box 089002 Chicago IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart

   Title: Cook County Sherriff

   Place of Employment: _____

   B. Defendant: Anita Alvarez

   Title: States Attorney

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While incarcerated in Cook County Jail, Between the months of Oct, 2014 thru Feb, 2016, I was housed in Division 1 on multiple tiers. While I was detained there it was rondents, there was no heat in the cells, the showers were mildew and molded, Asbestos hanging from the ceilings and there was no clean drinking water. Also while I was housed in Division 1 on tier B-4 Cell 14, on days it rain it would drip badly in my cell. I wrote several grievances reguarding these living conditions and ask to be moved. I also visited the nurse in regaards of my health.

Reviewed: 8/2013

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking legal compensation for the extreme living conditions I was wrongfully forced to live under. The Division 1 was then condemned and I was restrained there during the above stated period. When I should not have been.

**VI.** The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18 day of July, 2016

Teron Odum
(Signature of plaintiff or plaintiffs)

Teron Odum
(Print name)

20130614111
(I.D. Number)

P.O. Box 089002, Chicago IL, 60608
(Address)

6    Reviewed: 8/2013

Iran Odum
413061411
P.O. BOX 089002
Chicago IL 60608

2016 JUL 29 AM 11:42

1:16-cv-7732
Judge Jorge L. Alonso
Magistrate Judge Sidney I. Schenkier
PC8

Northeastern District Court
219 N. Dearborn
Chicago, IL 60604

USA FOREVER